IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-CV-722-FL

| | | |
|---|---|---|
| KIMBERLY DABBS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FRANK J. BISIGNANO, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant.[1] | ) | |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge Brian S. Meyers, regarding the parties' social security briefs (DE 15, 17). No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

Upon careful review of the M&R and of the record generally, having found no clear error, the court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, this matter is REMANDED to defendant pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the M&R. The clerk of court is directed to amend the docket caption as stated in footnote one and to close the case.

---

[1] The court substitutes Frank Bisignano as defendant pursuant to Federal Rule of Civil Procedure 25(d) and 42 U.S.C. § 405(g). The clerk is DIRECTED to amend the docket caption.

SO ORDERED, this the 12th day of March, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge

2